Cause No. __C-2888-23-J__

| | | |
|---|---|---|
| **EDWARD DOMINGUEZ,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **HIDALGO COUNTY, TEXAS** |
| | § | |
| | § | |
| **CITY OF EDINBURG,** | § | |
| | § | |
| **Defendant.** | § | **____ JUDICIAL DISTRICT** |

**PLAINTIFFS' ORIGINAL PETITION**

**TO THE HONORABLE COURT:**

COMES NOW, Edward Dominguez "Plaintiff" complaining of City of Edinburg hereinafter called "Defendant" and respectfully show the Honorable Court and Jury as follows:

**I.**

**DISCOVERY CONTROL PLAN**

1. Discovery is intended to be conducted under Level 3, pursuant to Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

**II.**

**AMOUNT SOUGHT**

2. As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiffs seek monetary relief in excess of $1,000,000.00. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiffs also seek pre-judgment and post-judgment interest at the highest legal rate.

21st day of August, 2023

*A true copy I certify*
*LAURA HINOJOSA*
*District Clerk, Hidalgo County, Texas*
*By _____*

**PLAINTIFF'S ORIGINAL PETITION**                                          Page 1

Case 7:23-cv-00276   Document 1-3   Filed on 08/21/23 in TXSD   Page 2 of 7

Electronically Filed
7/20/2023 10:35 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

C-2888-23-J

## III.
## PARTIES

3. Plaintiff Edward Dominguez ("Plaintiff" or "Mr. Dominguez") is an individual resident of Hidalgo County, Texas.

4. The City of Edinburg ("Defendant" or "Defendant") is a governmental unit of the State of Texas and is the promulgator of the official customs and policies leading to the complained of incidents. Pursuant to Texas Civil Practices & Remedies Code § 17.024 (b), Defendant City of Edinburg may be served through its Mayor, Ramiro Garza, Jr., at 415 W University Drive, Edinburg, Texas 78539 or wherever he may be found. **Issuance of citation is requested at this time.**

## IV.
## JURISDICTION AND VENUE

5. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

6. Venue is proper pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.15 because this suit involves an action against City of Edinburg.

## V.
## FACTS

7. As early as October 21, 2018, Mr. Dominguez began voicing concerns regarding the governing conducted by Edinburg. Mr. Dominguez campaigned against a proposition regarding qualifications for municipal judges. Mr. Dominguez's political speech went against the wishes of Defendant.

8. As time progressed, Mr. Dominguez became more outspoken regarding the perceived corruption within Defendant's government. In response, on April 13, 2022, Defendant together

with other local entities initiated a lawsuit for delinquent taxes. The alleged delinquent taxes dated to tax year 2018, the year Mr. Dominguez became more outspoken with his political beliefs.

9. In 2023, Defendant worked on its land identified as Property ID: 1274033. Mr. Dominguez petitioned Defendant to complain of perceived corruption regarding contract awards for the construction work conducted on this land. In response, Defendant directed its contractors to construct a pool of sewage behind Mr. Dominguez's land. The neighboring pool of sewage took away Mr. Dominguez's enjoyment of his own land. As a result of the hazardous pool, Mr. Dominguez contracted bacterial infections and was hospitalized.

10. Adjacent to Mr. Dominguez's property is a daycare center with children. Thus, upon information and belief, the toxic waste directed to harass Mr. Dominguez has likely caused injuries to bystanders.

11. Following Mr. Dominguez's hospitalization, Defendant informed Mr. Dominguez that it would conduct a random fire safety inspection of his premises. Thus, Defendant continues to retaliate against Plaintiff for Plaintiff's protected speech.

## VI.
## CAUSES OF ACTION

**Retaliation Pursuant to 42 U.S.C. § 1983:**

12. Plaintiff re-alleges the foregoing as though fully set forth herein.

13. At all relevant times, Defendant was acting under the color of state law, ordinance and/or regulation, statutes, custom, and usages of Defendant.

14. Plaintiff engaged in protected activity by petitioning his local governmental entity. Defendant took adverse action against Plaintiff that would chill a person of ordinary firmness

from continuing the activity. The adverse action was motivated at least in part by the exercise of the protected activity.

15. The aforementioned actions of Defendant were a direct and proximate cause of the constitutional violations, injuries, and/or hospitalization of Plaintiff and damages suffered by Plaintiff.

**Inverse Condemnation:**

16. Plaintiff re-alleges the foregoing as though fully set forth herein.

17. At all relevant times, Plaintiff owned land adjacent to the property identified as Property ID: 1274033. Defendant intentionally performed certain acts, namely placing a pool of toxic materials next to Plaintiff's land. Such acts resulted in a taking, damaging, or destroying of Plaintiff's property without Plaintiff's consent.

*Monell* **Liability:**

18. Plaintiffs re-allege the foregoing as though fully set forth herein.

19. At all relevant times, Plaintiff's deprivation of rights was pursuant to official customs or policies. Such customs and policies were the the moving force behind the constitutional violations. As such, Defendant has liability for the violations.

## VII.
## DAMAGES

20. As a proximate result of Defendant's negligence, Plaintiff suffered extensive injuries and damages including the following damages:

    a.    Medical expenses in the past and future;

    b.    Physical pain and suffering in the past and future;

    c.    Mental anguish in the past and future;

 d. Disfigurement in the past and future;

 e. Physical impairment in the past and future;

 f. Loss of consortium in the past and future;

 g. Unliquidated damges within the jurisdictional limits of this Court;

 h. Attorney's fees;

 i. Exemplary damages; and

 j. All other relief, in law and in equity, to which Plaintiff may be entitled.

## VIII.
## INTENT TO USE DEFENDANT'S DOCUMENTS

21. Any document produced by Defendants in response to written discovery will be used by Plaintiffs at any pre-trial proceeding or trial.

## IX.
## RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff have:

a. Judgment against Defendant for Plaintiff's past and future damages;

b. Interest on the judgment at the legal rate from the date of judgment;

c. Pre-judgment interest on Plaintiff's damages as allowed by law;

d. All costs of court; and

e. Such other and further relief to which Plaintiffs may be justly entitled.

Electronically Filed
7/20/2023 10:35 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

C-2888-23-J

Respectfully Submitted,

**Israel Perez Law, PLLC**

_____
Israel Garcia Perez III
Texas Bar No. 24102349
Israel.Perez@IsraelPerezLaw.com
PO Box 260
Fate, Texas 75132
Phone: (956) 614-1414
Fax:    (972) 942-8935
Please include IsraelPerezLaw@gmail.com on all
e-serve documents

**ATTORNEY FOR PLAINTIFF**

**PLAINTIFF'S ORIGINAL PETITION** Page 6

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 77700988
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 7/20/2023 11:08 AM CST

Associated Case Party: Edward Dominguez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Aurora Montemayor | | aurora@israelperezlaw.com | 7/20/2023 10:35:00 AM | SENT |
| Israel Perez | | israel.perez@israelperezlaw.com | 7/20/2023 10:35:00 AM | SENT |