# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| EDWARD DOMINGUEZ, § <br>    Plaintiff, § <br> § <br> v. § <br> § <br> CITY OF EDINBURG, SAMES, INC., and § <br> GONZALEZ ENTERPRISES, LLC § <br>    Defendants. § | CIVIL ACTION NO. 7:23-cv-276 |

## JOINT NOTICE OF SETTLEMENT

To: The United States District Court for the Southern District of Texas, McAllen Division:

Plaintiff Edward Dominguez and defendant Gonzalez Enterprises, LLC, file this notice immediately pursuant to Local Rule 16.3 and announce they are in the process of completing a settlement of all claims in this matter. The parties anticipate the completion of the settlement and filing dismissal papers within 60 days.

Respectfully submitted,

**ISRAEL PEREZ LAW, PLLC**

By: _____
    Israel Garcia Perez III
    State Bar No. 24102349
    Fed. Id. No. 3745629
    P.O. Box 260
    Fate, Texas 75132
    Tel: (956) 614-1414
    Fax: (972) 942-8935
    Israel.Perez@IsraelPerezLaw.com
    *Counsel for Plaintiff*

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP**

By: */s/ Shauna A. Lozano*
    Ewing E. Sikes, III (lead attorney)

State Bar No. 00794631
Fed. Id. No. 19534
Email: eddie.sikes@roystonlaw.com
Shauna A. Lozano
Federal ID No. 3151244
Texas State Bar No. 24106229
Email: shauna.lozano@roystonlaw.com
55 Cove Circle
Brownsville, Texas 78521
Tel: (956) 542-4370
Fax: (956) 542-4377
*Counsel for Defendant,*
*Gonzalez Enterprises, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served to all known counsel of record via e-filing and email on August __21st__, 2025.

Israel Garcia Perez III
ISRAEL PEREZ LAW, PLLC
P.O. Box 260
Fate, Texas 75132
Israel.Perez@IsraelPerezLaw.com
*Counsel for Plaintiff*

R.D. "Bobby" Guerra
Heather Scott
GUERRA, SCOTT & MOLINA, P.L.L.C.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
hscott@gsmtxlaw.com
pmolina@gsmtxlaw.com
rdguerra@gsmtxlaw.com
*Counsel for Defendant*
*City of Edinburg*

Luis Rodriguez
RESNICK & LOUIS, P.C.
204 E. Cano, Suite 3.105
Edinburg, Texas 78539
amartinez@rlattorneys.com
*Counsel for Defendant*
*SAMES, Inc.*

*/s/ Shauna A. Lozano*
Of Royston, Rayzor, Vickery & Williams, L.L.P.