Case 7:23-cv-00276    Document 77    Filed on 12/01/25 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EDWARD DOMINGUEZ, § § Plaintiff, § § VS. § CITY OF EDINBURG, *et al.*, § § Defendants. § | CIVIL ACTION NO. 7:23-CV-276 |

## ORDER RESETTING MOTIONS HEARING

IT IS HEREBY ORDERED that this matter (previously set for December 2, 2025) is hereby reset for motions hearing on January 6, 2026, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED December 1, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge